**FISHER v. MELTON**

[326 N.C. 797 (1990)]

Justice WEBB dissenting.

I dissent for the reasons stated in my dissenting opinion in *State v. Tew*, 326 N.C. 732, 392 S.E.2d 603 (1990).

───────────

HENRY M. FISHER, SUBSTITUTE TRUSTEE UNDER THE LAST WILL AND TESTAMENT OF R. B. MELTON v. LILLIE P. MELTON; GRACE P. MILLAR, EXECUTRIX OF THE ESTATE OF DOROTHY MELTON; JOE H. MELTON, NORMA M. CALHOUN, PEGGY MELTON; ALICE M. SHEARIN; OLA M. BOSEMAN; LINDA M. ELLEN; THOMAS I. HUTCHINSON; JAMES B. HUTCHINSON; ELMER E. BATTS; JULIE BATTS; CHRISTY ANN BATTS; LINDA K. BATTS; THEODORE L. CONYERS, VIRGINIA L. VESTER; DONALD L. BASS; WILLIAM K. BASS; CAROLYN BASS BROWN; VIRGINIA D. BASS; PATTIE LOU SMITH; BARBARA F. COLLINS, EXECUTRIX OF THE ESTATE OF LUCINDA D. FULGHUM; HAZEL MELTON; JACQUELINE S. BAILEY, RONALD ELLIS SMITH; WILL H. LASSITER, GUARDIAN AD LITEM FOR ALL THE UNKNOWN AND UNBORN HEIRS OF R. B. MELTON, ALL THE UNKNOWN AND UNBORN HEIRS OF MAVIS MELTON BELL AND ALL THE UNKNOWN AND UNBORN BENEFICIARIES OF THE TRUST UNDER THE LAST WILL AND TESTAMENT OF R. B. MELTON

No. 480A89

(Filed 13 June 1990)

APPEAL by defendants pursuant to N.C.G.S. § 7A-31 from the decision of the Court of Appeals (*Chief Judge Hedrick* and *Judge Orr* concurring, *Judge Lewis* dissenting), reported at 95 N.C. App. 729, 384 S.E.2d 63 (1989), which affirmed the order of *Barefoot, J.*, entered 10 October 1988 in Superior Court, NASH County. Heard in the Supreme Court 14 May 1990.

*Tom Matthews and Battle, Winslow, Scott & Wiley, P.A., by Robert M. Wiley and M. Greg Crumpler, for defendant-appellant Lillie P. Melton.*

*Hunter, Wharton & Lynch, by V. Lane Wharton, Jr. and Maria M. Lynch, for defendant-appellants Julie B. Batts (Adams), Christy Ann Batts, and Linda K. Batts.*

*Fields & Cooper, by Roy A. Cooper, III and John S. Williford, Jr., for defendant-appellant Pattie Lou Smith.*

*Keel, Lassiter & Duffy, by Will H. Lassiter, III, for defendant-appellant Guardian Ad Litem for Unknown Heirs and Beneficiaries.*

DYSON v. STONESTREET

[326 N.C. 798 (1990)]

*Hunton & Williams, by Catherine Thomas McGee and Walton K. Joyner; Valentine, Adams, Lamar, Etheridge & Sykes, by L. Wardlaw Lamar, for defendant-appellee Barbara F. Collins, Administratrix of the Estate of Lucinda D. Fulghum.*

PER CURIAM.

Affirmed.

---

DOROTHY D. DYSON v. GARY B. STONESTREET AND DEOMALEE F. STONESTREET

No. 35A90

(Filed 13 June 1990)

APPEAL of right by defendant Gary B. Stonestreet pursuant to N.C.G.S. § 7A-30(2) (1989) from the decision of a divided panel of the Court of Appeals, 96 N.C. App. 564, 386 S.E.2d 595 (1989), reversing an order of directed verdict for said defendant entered by *Barefoot, J.,* on 14 February 1989 in Superior Court, NEW HANOVER County. Heard in the Supreme Court 16 May 1990.

*Thomas J. Morgan for plaintiff-appellee.*

*Murchison, Taylor, Kendrick, Gibson & Davenport, by Vaiden P. Kendrick and John L. Coble, for defendant-appellant.*

PER CURIAM.

For the reasons stated in the dissenting opinion of Becton, J., the decision of the Court of Appeals is

Reversed.